## BLANKENSHIP v. STOVALL et al.
### No. 4999.

Court of Appeal of Louisiana. Second Circuit.
April 3, 1935.

For former opinion, see 159 So. 477.

Ponder & Ponder, of Many, for appellants.

J. S. Pickett, of Many, for appellee.

### PER CURIAM.

Appellant asks for a rehearing on the sole question of costs, upon which our opinion is silent.

The reduction obtained by appellant in the amount of the judgment, from $150 to $92.50, is substantial. While, under the provisions of section 2 of Act No. 229 of 1910, we have full discretion in the assessing of costs, we think it sufficient to impose upon appellee the burden of paying that of the appeal.

Our judgment in the case is therefore amended by casting appellee for the cost of appeal.